IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN JAWAN GONZALES,<br><br>Defendant. | CR 23-21-H-BMM-01<br><br><br>ORDER |

Before the Court is the government's unopposed motion to allow an interested citizen to view the sentencing hearing set October 16, 2024, by Zoom.

IT IS HEREBY ORDERED that the citizen may view the sentencing hearing scheduled October 16, 2024, by Zoom. The Government will contact the Clerk of Court's Office for the Zoom link.

Dated this 8th day of October 2024.

_____
Brian Morris, Chief District Judge
United States District Courts